# UNITED STATES DISTRICT COURT

for

District of Guam

## Report on Offender Under Supervision

Name of Offender: **Junior Salas Jesus**  Case Number: **CR 02-00071-001**

Name of Sentencing Judicial Officer:   John S. Unpingco, Chief Judge

Date of Original Sentence:   September 4, 2003

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   25 months imprisonment followed by three years supervised release with conditions that he: comply with all mandatory and standard conditions of supervised release, refrain from the use of any and all alcoholic beverages, participate in drug treatment with urinalysis, undergo a mental health assessment and any recommended treatment, maintain gainful employment, and pay a $100 special assessment fee.

Type of Supervision:   Supervised Release   Date Supervision Commenced:   October 18, 2004

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to refrain from committing another federal, state, or local crime, in violation of 18 U.S.C. § 3583(d). |

Arrested (8/10/07) by Guam Police and Indicted in the Superior Court of Guam under CF381-07 with:
First Charge: Attempted Aggravated Murder (As a First Degree Felony);
Second Charge: Aggravated Assault (As a First Degree Felony);
Third Charge: Aggravated Assault (As a Third Degree Felony); and
Fourth Charge: Family Violence (As a Third Degree Felony).

On August 4, 2007, Junior Salas Jesus contacted this Officer notifying that he was questioned by Guam Police Department (GPD) Officers regarding a motor vehicle accident he was involved in on Friday, August 3, 2007. He stated that on this date, his girlfriend, Julie Gadia, was accidently "run-over" by his vehicle, and was currently unconscious and receiving treatment at the Naval Hospital. He further stated that he was interviewed by GPD officers but that he was not arrested. Mr. Jesus denied any wrong-doing and provided the following information to this Officer on the accident:

> On Friday, August 3, 2007, Mr. Jesus stated that he was notified by his girlfriend, Julie Gadia, that she was "cheating" on him. He reported that they did not argue, but he insisted that she vacate their residence immediately. Mr. Jesus stated that Ms. Gadia wanted to first withdraw her money from their joint bank account so they drove together from their residence and proceeded onto Umang Road toward a nearby Automated Teller Machine (ATM) nearby. He stated that while he was driving on Umang Road, he removed the ATM card from his wallet and held it out the window in order to use the street light to read it. At this point, the card dropped from his hand and out of the vehicle, so he immediately stopped to retrieve it. While the vehicle was stopped, Mr. Jeusus stated Ms. Gadia ran out of the vehicle. He denied making any threats toward her or any other behavior that would make her want her to suddenly exit the vehicle. As Mr. Jesus proceeded to retrieve the bank card from the road, he noticed that the car had rolled down the road where it struck Ms. Gadia who then became pinned underneath. Mr. Jesus stated that he cried out for help and attempted to get the vehicle off Ms. Gadia with no success. He stated he had a cell phone but that he could not recall where in the vehicle he placed it, and ended up running back to his house to call 911. After making the call, he ran back to the vehicle and used a car jack to get the vehicle off of Ms. Gadia, after which time, he laid her across the driver's seat. Shortly thereafter, police and paramedics arrived. Mr. Jesus stated he was "shaken-up" by the ordeal but declined any counseling.

Again, Mr. Jesus denied any wrong-doing and assured that the incident was accidental in nature. He stated that GPD officers notified him that they will be waiting for Ms. Gadia to regain consciousness to obtain her statement. Mr. Jesus was instructed to adhere to the current conditions of supervision and to report any further contact with GPD.

This Officer reviewed the GPD report in this case (GPD report #2007-00021816), which has been summarized as follows:

> On August 3, 2007, GPD officers responded to a report of an Injured Person at 108 Umang Road in Agat. Upon arrival, officers noted the presence of paramedics already on the scene tending to the victim identified as Julie Gadia. Ms. Gadia was unresponsive to questions and transported by ambulance to the Naval Hospital for further treatment of her injuries. Officers then met with the driver of the vehicle, identified later as Junior Jesus, who was subsequently transported to the Agat Precinct for further questioning. While at the station, Mr. Jesus was read his Miranda Rights which he acknowledged. He reported to officers that earlier this date he and Ms. Gadia had attended a Rosary at the Teachers Staff housing in Agat. Mr. Jesus admitted that he drank four cans of beer earlier in the evening. While at the Rosary, he observed Ms. Gadia flirting with an unidentified male individual. Upon arriving home from the Rosary, he and Ms. Gadia argued over her conversation with the unidentified male she spoke with at the rosary. When asked by Mr. Jesus if she was "messing around", she stated that she was. Mr. Jesus then told her to leave. At this point, Ms. Gadia asked him for her money in the bank, so they proceeded together in his vehicle to retrieve it. While en route to the ATM, Mr. Jesus stated that he took his wallet out to pull out the ATM card. He took out the card and held it out to the street light in order to read it. Ms. Gadia attempted to grab the card from his hand causing it to fall onto the road. Mr. Jesus subsequently stopped the vehicle and stepped out to retrieve it. While he was doing this, Ms. Gadia got out of the passenger side of the vehicle and walked around to the front of it. As he was picking up the card, all he heard was someone screaming. Mr. Jesus stated that he next saw Ms. Gadia pinned beneath the vehicle with her head sticking out from below the driver's side cab door. He told her not to move. Mr. Jesus stated that he panicked and tried to lift the vehicle off of her but was unsuccessful. He then grabbed the jack from the back of the cab area and used it to lift the vehicle off Ms. Gadia. At this point, she stopped screaming and appeared unconscious. He then pulled her out from under the vehicle and placed her in the passenger seat of the truck. Mr. Jesus stated that he then ran to his mother's house to call 911. After doing so, he ran back down to check on Ms. Gadia and to wait for the ambulance to arrive. Criminal Investigation Officers (CIS) then took over the investigation of the case who did not arrest Mr. Jesus at this time. He subsequently left the Agat Precinct and returned home.

On August 11, 2007, this Officer was notified via Hagatna Detention Facility Daily Confinement Records that Mr. Jesus was arrested and confined on August 10, 2007, subsequently to being charged by GPD CIS officers for Attempted Aggravated Murder, Family Violence, and two counts of Aggravated Assault. Officers made the arrest after Ms. Gadia regained consciousness and reported that Mr. Jesus intentionally ran her over twice with his vehicle on August 3, 2007. On August 11, 2007, Mr. Jesus appeared in the Superior Court of Guam under SCOG Cs.#CF381-07 on the charges outlined above. He was remanded with bail set at $250,000. On August 22, 2007, Mr. Jesus was Indicted in the Superior Court of Guam on the same charges above. Presently, Trial Setting is scheduled for October 9, 2007.

Except as outlined above Mr. Jesus has maintained compliance with his conditions of supervision. He obtained employment as a painter with BME & Sons, Inc. Mr. Jesus completed the drug treatment and testing program on November 1, 2005. He was subject to a psychiatric assessment on November 18, 2004, and no mental health treatment was recommended. Mr. Jesus paid the $100 special assessment fee on September 8, 2003.

This report is submitted for the Court's information only, and no action is requested at this time in order for criminal proceedings in the Superior Court under CF381-07 to continue. Should Mr. Jesus be found guilty on any of the charges, the Court will be notified and any required hearings will be petitioned for accordingly.

Reviewed by:                                                                 Respectfully submitted,

/s/ CARMEN D. O'MALLAN                              by:        /s/ ROBERT I. CARREON
Supervision Unit Leader                                                U.S. Probation Officer
U.S. Probation Officer Specialist

Date:        September 17, 2007                                Date:        September 17, 2007

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ No Action.

☐ Other