# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Junior Salas Jesus**　　　　　　　　Case Number: **CR 02-00071-001**

Name of Sentencing Judicial　　　　John S. Unpingco

Date of Original Sentence:　　　September 4, 2003

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | 25 months imprisonment followed by three years supervised release with conditions that he: comply with all mandatory and standard conditions of supervised release; not commit another local, state or federal crime; not obtain a firearm or other dangerous weapon; refrain from the use of any and all alcoholic beverages; participate in drug treatment with urinalysis; undergo a mental health assessment and any recommended treatment; maintain gainful employment; and pay a $100 special assessment fee. |

Type of Supervision: Supervised Release　　　　　　Date Supervision October 18, 2004

Assistant U.S. Attorney:　Jeffrey J. Strand　　　　　Defense Attorney: John T. Gorman

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>　<u>Nature of Noncompliance</u> [All in violation of 18 U.S.C. § 3583(d)]

　1.　Failure to refrain from committing another federal, state, or local crime, in violation of 18 U.S.C. § 3583(d).

　　　Arrested (8/10/07) by Guam Police and Indicted in the Superior Court of Guam under CF381-07 with:

　　　<u>First Charge:</u> Attempted Aggravated Murder (As a First Degree Felony);

　　　<u>Second Charge:</u> Aggravated Assault (As a First Degree Felony);

　　　<u>Third Charge:</u> Aggravated Assault (As a Third Degree Felony); and

　　　<u>Fourth Charge:</u> Family Violence (As a Third Degree Felony).

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violation of Supervised Release Conditions; Request for a Summons and/or Writ of Habeas Corpus*
**submitted by U.S. Probation Officer Robert I. Carreon**

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date:   October 3, 2007

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer

Executed on:   October 3, 2007

**THE COURT ORDERS:**

☐ No Action.

☐ The Issuance of a Warrant.

☒ The Issuance of a Summons. **A summons shall issue for October 23, 2007, at 1:45 p.m.**

☐ Other.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 15, 2007