♦AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

**FILED**
DISTRICT COURT OF GUAM
OCT 1 8 2007
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| JUNIOR SALAS JESUS. | Case Number: CR-02-00071-001 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>Tuesday, October 23, 2007 at 1:45 p.m. |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of _____ United States Code, Section(s) _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision, filed on October 3, 2007.

**RECEIVED**
OCT 1 7 2007
US MARSHALS SERVICE-GUAM

| WALTER M. TENORIO, Deputy Clerk | *signature* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

October 15, 2007
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me | Date Oct. 17, 2007 1815 hrs |

**Check one box below to indicate appropriate method of service**

☒ Served personally upon the defendant at: Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  10-18-07
         Date

J. SALAS
Name of United States Marshal

Special DUSM CEPEDA
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.