juniorjesuswrit

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 02-00071 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WRIT OF HABEAS CORPUS** |
| | ) **AD PROSEQUENDUM** |
| JUNIOR SALAS JESUS, | ) |
| Defendant. | ) |

TO: OFFICER IN CHARGE
　　　Territorial Detention Center
　　　Territory of Guam

　　　This Court finds that JUNIOR SALAS JESUS, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on October 23, 2007, at 11:00 a.m. for his appearance on a supervised release violation hearing in the United States District Court of Guam.

　　　**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce JUNIOR SALAS JESUS, before this Court on October 23, 2007 at 11:00 a.m. and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said

prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**IT IS SO ORDERED**.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 23, 2007