# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-02-00071  DATE: October 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:46:59 - 10:49:06
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Junior Salas Jesus  Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition for Revocation of Supervised Release**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Mr. Gorman stated that defendant has a pending Superior Court case which is the subject of this revocation hearing. Parties request for a 3 month continuance was granted.
- Proceedings continued to: January 23, 2008 at 10:00 A.M.

NOTES: