DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>**JUNIOR SALAS JESUS,**<br><br>    Defendant. | CRIMINAL CASE NO. 02-00071<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to October 16, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
  U.S. Magistrate Judge
**Dated: Oct 23, 2007**