CASE NO.: CR-02-00071      DATE: January 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 2:50:32 - 2:52:43
CSO: J. McDonald

**APPEARANCES:**
Defendant: Junior Salas Jesus      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: T. Muna/R. Manglona
Interpreter:      Language:

**PROCEEDINGS: Continued Hearing re Petition to Revoke Supervised Release**
- Proceedings continued to: 2/6/2008 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: