**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00071-001 |
| Plaintiff, | ) | |
| vs. | ) | **SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION** |
| JUNIOR SALAS JESUS, | ) | |
| Defendant. | ) | |

**Re:    Disposition in Superior Court of Guam, Criminal Case No. CF381-07**

      The following information supplements the violation report and violation worksheet filed by the U.S. Probation Office on October 3, 2007. An amended violation worksheet is attached to reflect the accurate grades of the two violations contained in this report.

      I, Maria C. Cruz, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Junior Salas Jesus, and in that capacity declare as follows:

**<u>Mandatory Condition:</u>** *The defendant shall not commit any federal, state or local crime.*

      On August 10, 2007, Mr. Jesus was arrested by the Guam Police Department (GPD) after being charged by the Criminal Investigation Section for Attempted Aggravated Murder, Family Violence and two counts of Aggravated Assault. He has been detained at the Hagatna Detention Facility since August 10, 2007.

      On December 18, 2007, following a jury trial in the Superior Court of Guam (Criminal Case No. CF381-07), the jury returned a verdict of guilty to the charges of Assault (as a Misdemeanor), *as a lesser-related offense of the Second Charge of Aggravated Assault (as a 2nd Degree Felony)*; Assault (as a Misdemeanor), *as a lesser-related offense of the Third Charge of Aggravated Assault (as a 3rd Degree Felony)*; and Family Violence (as a Misdemeanor), *as a lesser-related offense of the Fourth Charge of Family Violence (as a 3rd Degree Felony)*. On the same day, Judge Katherine A. Maraman imposed sentencing and, for the three offenses, Mr. Jesus was ordered to serve a term of one year imprisonment at the Department of Corrections with credit for time served, be placed on one year parole, and pay a $1,000 fine. The Judgment was signed by Judge Maraman on January 23, 2008.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Disposition in Superior Court of Guam, Criminal Case No. CF381-07
Re:    JESUS, Junior Salas
Criminal Case No. 02-00071-001
January 31, 2008
Page 2


On January 23, 2008, this Probation Officer spoke to Assistant Guam Attorney General J. Basil O'Mallan III to determine the grade of the violation. Mr. O'Mallan indicated that even though there were three misdemeanor offenses, the total term of imprisonment is not more than one year. Based on this guidance, the grade of the violation is now reduced from Grade A to a Grade C, which pursuant to § 7B1.1(a)(3)(A), constitutes a federal, state, or local offense punishable by a term of imprisonment of one year or less.

**Special Condition No. 5.:** *The defendant shall refrain from the use of any and all alcoholic beverages.*

On August 3, 2007, while being interviewed by Guam police officers in connection with allegations that he intentionally ran over his girlfriend, Mr. Jesus admitted drinking four cans of beer earlier in the evening.

**Recommendation:** This Probation Officer respectfully requests that the Court issue a summons for Junior Salas Jesus to appear for a hearing to answer or show cause why supervised release should not be revoked, pursuant to 18 U.S.C. § 3583.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 31st day of January 2008, at Hagatna, Guam, in conformance with provisions of 28 U.S.C. § 1746.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:     /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc:    Rosetta L. San Nicolas, Assistant U.S. Attorney
       John T. Gorman, Federal Public Defender
       File

**SUPPLEMENTAL VIOLATION WORKSHEET**

1. Defendant **Junior Salas Jesus**
2. Docket Number (Year-Sequence-Defendant No.) **CR 02-00071-001**
3. District/Office  0993/1
4. Original Sentence Date  9 / 4 / 03
   month / day / year

(If different than above):
5. Original District/Office
6. Original Docket Number (Year-Sequence-Defendant No.)

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Convicted of three misdemeanor offenses, to wit: Assault (two charges) and Family Violence (one charge) in the Superior Court of Guam, Criminal Case No. CF381-07. | C |
| • Failed to refrain from drinking alcoholic beverages. | C |

8. Most Serious Grade of Violation (see §7B1.1(b))  —  C
9. Criminal History Category (see §7B1.4(a))  —  II
10. Range of Imprisonment (see §7B1.4(a))  —  4-10 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**

Defendant: **Junior Salas Jesus**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | Fine ($) | N/A | Home Detention | N/A |
    | Other | N/A | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 26-32 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    An upward departure may be warranted as the original sentence was the result of a downward departure, pursuant to U.S.S.G. § 7B1.4, Application Note 4.

15. **Official Detention Adjustment** (see §7B1.3(e)): 0 months 0 days

**Mail documents to: United States Sentencing Commission, Federal Judiciary Building, One Columbus Circle, NE, Suite 2-500, South Lobby, Washington, D.C. 20002-8002**