JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
JUNIOR SALAS JESUS

FILED
DISTRICT COURT OF GUAM

FEB 0 5 2008 hoo

JEANNE G. QUINATA
Clerk of Court



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00071 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | SUPERVISED RELEASE  REVOCATION |
| vs. | ) | HEARING DATE |
| | ) | |
| JUNIOR SALAS JESUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Supervised Release Revocation Hearing currently scheduled for February 6, 2008 at 10:00

a.m. be continued for two days to February 8, 2008 or a date convenient for the Court's calendar.

The parties request this two day continuance as defense counsel is unavailable on February 6, 2008.

DATED: Mongmong, Guam, February 5, 2008.

JOHN T. GORMAN
Attorney for Defendant
JUNIOR SALAS JESUS

ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL