JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
JUNIOR SALAS JESUS

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00071 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION CONTINUING |
| | ) | SUPERVISED RELEASE REVOCATION |
| vs. | ) | HEARING DATE |
| | ) | |
| JUNIOR SALAS JESUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on February 5, 2008 to continue the Defendant's Supervised Release Revocation Hearing to February 12, 2008, at 9:45 a.m. is hereby granted.

SO ORDERED this 7th day of February, 2008.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**