IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>    vs. )<br>)<br>JUNIOR SALAS JESUS, )<br>)<br>            Defendant. )<br>_____) | CRIMINAL CASE NO. 02-00071<br><br>**REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |

On October 3, 2007, the United States Probation Office filed a violation petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 25. On January 31, 2008, the Probation Officer filed a supplemental declaration in support of the petition along with an amended violation worksheet. According to the petition and declarations, the Defendant consumed alcohol and committed a local criminal offense – having been found guilty of three misdemeanor offenses, to wit assault (two counts) and family violence (one count) in the Superior Court of Guam.

On February 12, 2008, the Defendant appeared with counsel before the Court and knowingly and voluntarily waived his right to an evidentiary hearing and pled "no contest" to the above violations as alleged in the petition and supporting declarations. The parties were unable to agree upon an appropriate sanction for the violations.

Therefore, I hereby recommend that the District Judge accept the Defendant pleas of "no contest" to the violations and schedule this matter for a disposition hearing, at which time an

///

appropriate sanction be imposed. Unless otherwise scheduled, the disposition hearing shall be held on Wednesday, March 5, 2008, at 9:30 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 13, 2008

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**