# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00071      DATE: February 12, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:18:34 - 9:20:32
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Junior Salas Jesus      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: V. Roman
Interpreter:      Language:

**PROCEEDINGS: Preliminary Revocation Hearing re Petition to Revoke Supervised Release Conditions**

- Defendant enters a plea of no contest to a grade C violation.
- No objection by Government.
- Disposition hearing set for March 5, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: