AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**JUNIOR SALAS JESUS** | **NOTICE**<br><br>CASE NUMBER: **CR-02-00071** |

TYPE OF CASE:

☐ **CIVIL**    **X  CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 5, 2008 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>March 26, 2008 at 10:30 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 25, 2008                         Virginia T. Kilgore
DATE                                                    /s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Law Offices of Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service