# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00071            DATE: March 26, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 10:35:26 - 10:44:07
                 Virginia T. Kilgore
CSO: D. Quinata

**APPEARANCES:**
Defendant: Junior Salas Jesus      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: V. Roman/G. Perez
Interpreter:      Language:

**PROCEEDINGS: Disposition Hearing**
- Revocation of supervised release <u>granted</u>.
- Defendant sentenced to 4 months imprisonment to be served consecutively to Superior Court Case No. CR381-07.
- Upon release, Defendant placed on 32 months of supervised release, with conditions.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: